592 A.2d 1285

**Barbara Ann DALY, Petitioner,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (PENNSYLVANIA MEMORIAL HOME and State Workmen's Insurance Fund), Respondent.**

Supreme Court of Pennsylvania.

May 9, 1991.

## ORDER

PER CURIAM.

AND NOW, this 9th day of May, 1991, the Petition for Leave to Proceed In Forma Pauperis is granted. The Petition for Allowance of Appeal is granted, limited to the first and second issues presented in the Petition.